**1332**

## Aram K. BERBERIAN

v.

## DISCIPLINARY BOARD OF RHODE ISLAND SUPREME COURT.

### No. 79–305–Appeal.

Supreme Court of Rhode Island.

March 13, 1981.

Aram K. Berberian, pro se.

Dennis J. Roberts II, Atty. Gen., Harold E. Krause, Special Asst. Atty. Gen., for defendant.

### ORDER

On March 5, 1981, the plaintiff appeared before us in an effort to show cause why his appeal from the denial by a Superior Court justice of his complaint seeking a mandatory injunction directed against this court's Disciplinary Board should not be dismissed. The complaint asks that the Disciplinary Board be required to give a declaratory ruling pursuant to G.L.1956 (1977 Reenactment) § 42–35–8 of the Administrative Procedures Act (APA). The show-cause order was based upon our ruling in *Petition of Rhode Island Bar Association*, 118 R.I. 489, 374 A.2d 802 (1977), where we ruled that the judicial branch of government is not subject to the provisions of the APA. In like manner, the Disciplinary Board is an agency of this court, and it too is not within the reach of the APA. Consequently, no cause having been shown, the plaintiff's appeal is denied and dismissed.

SHEA, J., did not participate.

## Marie A. ROY

v.

## Richard J. ROY.

### No. 78–429–Appeal.

Supreme Court of Rhode Island.

March 16, 1981.

John C. Revens, Jr., Warwick, for plaintiff-respondent.

Aram K. Berberian, Warwick, for defendant-petitioner.

### ORDER

This case came before the court on the motion calendar for oral argument on October 7, 1980 on an order directing the petitioner to show cause why his appeal should not be dismissed in light of *Rock v. Rock*, 107 R.I. 172, 265 A.2d 640 (1970). Upon consideration of the petitioner's arguments and the record before us, we are of the opinion that no cause has been shown. Accordingly, the petitioner's appeal is hereby dismissed.

SHEA, J., did not participate.